UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Indianapolis Division

| | |
|---|---|
| MICHAEL F. CRUM, | ) |
| *Plaintiff*, | ) |
| v. | ) Case No. 1:19-cv-2045-JRS-TAB |
| SN SERVICING CORPORATION, FAY SERVICING, LLC., PLANET HOME LENDING, LLC, EQUIFAX INFORMATION SERVICES, LLC, HOME SERVICING, LLC, and US BANK TRUST NATIONAL ASSOCIATION, as Trustee of the SCIG Series III Trust, | ) |
| *Defendants*. | ) |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTON FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND TO DEFENDANT SN SERCIVING'S AND TRUSTEE'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

Plaintiff, Michael F. Crum, by counsel, having filed his Motion for enlargement of time, in which to answer or otherwise respond to the Motion to Dismiss Plaintiff's First Amended Complaint filed by SN Servicing Corporation and U.S. Bank Trust National Association, as Trustee of the SCIG Series III Trust, and the Court being duly advised, now GRANTS said Motion.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff, Michael F. Crum has up to and including December 12, 2019, in which to answer or otherwise respond to Defendant and Trustee's Motion to Dismiss Plaintiff's First Amended Complaint; and for all other proper relief.

**SO ORDERED.**

Date: 12/5/2019

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Copies to counsel of
record electronically registered.