2064-2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**Indianapolis Division**

| | |
|---|---|
| MICHAEL F. CRUM, ) | |
| ) | |
| Plaintiff, ) | No. 1:19-cv-2045-JRS-TAB |
| v. ) | |
| ) | |
| SN SERVICING CORPORATION, ) | |
| FAY SERVICING, LLC, PLANET HOME ) | |
| LENDING, LLC, EQUIFAX INFORMATION ) | |
| SERVICES, LLC, HOME SERVICING, LLC, ) | |
| and US BANK TRUST NATIONAL ) | |
| ASSOCIATION, as trustee of the SCIG ) | |
| Series III Trust, ) | |
| ) | |
| Defendants. ) | |

_____

**PLANET HOME LENDING'S MOTION TO DISMISS**
**PLAINTIFF'S FIRST AMENDED COMPLAINT**
_____

Defendant, PLANET HOME LENDING, LLC, ("PHL") by and through its attorneys, moves to dismiss Counts IX, X and XIV of MICHAEL F. CRUM's ("Plaintiff") First Amended Complaint ("FAC") pursuant to Fed. R. Civ. Pro 12(b)(1) and 12(b)(6), and in support thereof, states as follows:

Of the seventeen counts of the FAC, only three counts are directed at PHL. Counts IX and X allege that PHL violated the automatic stay under 11 USC §362(a) and Fed. Bankr. R. 3002.1(c) by converting payments Plaintiff made in Bankruptcy for its own purposes "via the collection of fees, charges, and costs" (FAC ¶ 309) and that it failed to provide Plaintiff with notice of those fees it collected. (FAC ¶ 310). Plaintiff alleges in Count XIV that PHL's "conversion" of suspense account funds in the amount of $523.55 was actionable under the Indiana Victim's Relief Act ("VRA") §34-24-3-1. (FAC ¶¶ 339-343).

1

The claims directed at PHL should be dismissed with prejudice and without leave to amend. First, this Court cannot hear the claims alleging a violation of the automatic stay or of the bankruptcy rules. Only the bankruptcy court can hear those claims because upon the filing of this action those claims were automatically referred to the bankruptcy court. Moreover, these claims fail as a matter of law as the records Plaintiff attaches to his pleadings completely disprove the merits of his allegations. They show that PHL neither collected any fees, charges, or costs nor removed any funds from the suspense account during the time it serviced the loan. Lastly, the claim arising under the VRA is time-barred and similarly undermined by the records attached to the FAC.

In support of this Motion, PHL incorporates by reference herein the arguments presented in its concurrently filed memorandum.

WHEREFORE, Defendant, PLANET HOME LENDING, LLC respectfully request this Court to dismiss Counts IX, X and XIV of the Plaintiff's First Amended Complaint with prejudice and without leave to amend, and provide such other and further relief as it deems just and proper.

Respectfully submitted,

/s/   Jill A. Sidorowicz
Attorney for Defendant
Planet Home Lending, LLC
Noonan & Lieberman, Ltd.
105 W. Adams, Suite 1800
Chicago, Illinois  60603
312-431-1455
jsidorowicz@noonanandlieberman.com

2064-2

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### Indianapolis Division

| | | |
|---|---|---|
| MICHAEL F. CRUM, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:19-cv-2045-JRS-TAB |
| v. | ) | |
| | ) | |
| SN SERVICING CORPORATION, | ) | |
| FAY SERVICING, LLC, PLANET HOME | ) | |
| LENDING, LLC, EQUIFAX INFORMATION | ) | |
| SERVICES, LLC, HOME SERVICING, LLC, | ) | |
| and US BANK TRUST NATIONAL | ) | |
| ASSOCIATION, as trustee of the SCIG | ) | |
| Series III Trust, | ) | |
| | ) | |
| Defendants. | ) | |

_____

## CERTIFICATE OF SERVICE
_____

I hereby certify that on December 12, 2019, I electronically filed the foregoing MOTION TO DISMISS using the CM/ECF system, which will send notification of such filing to all attorneys of record:

**Michael P. Maxwell, Jr.**
**Travis W. Cohron**
Clark Quinn Moses Scott & Grahn LLP
320 North Meridian Street, Suite 1100
Indianapolis, IN 46204
mmaxwell@clarkquinnlaw.com
tcohron@clarkquinnlaw.com

**Pamela A. Paige**
Plunkett Cooney
300 N. Meridian Street, Suite 990
Indianapolis, IN 46204
ppaige@plunkettcooney.com

**David W. Patton**
**John D. Waller**
Wooden & McLaughlin LLP
One Indiana Square, Suite 1800

3

Indianapolis, IN  46204
David.Patton@woodenlawyers.com
john.waller@woodenlawyers.com

                                          /s/   Jill A. Sidorowicz
                                          Attorney for Defendant
                                          Planet Home Lending, LLC
                                          Noonan & Lieberman, Ltd.
                                          105 W. Adams, Suite 1800
                                          Chicago, Illinois  60603
                                          312-431-1455
                                          jsidorowicz@noonanandlieberman.com