# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHAEL F. CRUM, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SN SERVICING CORPORATION, ) <br> FAY SERVICING, LLC., PLANET ) <br> HOME LENDING, LLC, EQUIFAX ) <br> INFORMATION SERVICES, LLC, ) <br> HOME SERVICING, LLC, and US ) <br> BANK TRUST NATIONAL ) <br> ASSOCIATION, as Trustee of the SCIG ) <br> Series III Trust, ) <br> ) <br> Defendants. ) | Case No.: 1:19-cv-02045-JRS-TAB |

## SN SERVICING'S AND TRUSTEE'S SECOND MOTION FOR EXTENSION OF TIME TO FILE A REPLY IN SUPPORT OF THEIR MOTION TO DISMISS

Defendants SN Servicing Corporation ("SN Servicing") and U.S. Bank Trust National Association, as Trustee of the SCIG Series III Trust ("Trustee"), by their attorneys, move pursuant to Fed. R. Civ. P. 6(b) for an extension of time allowed for them to file a reply in support of their Motion to Dismiss Counts VI and XIII of Michael F. Crum's ("Plaintiff") First Amended Complaint ("FAC").

1. SN Servicing and Trustee filed their Motion to Dismiss on November 21, 2019 [D.E. 47].

2. Plaintiff filed his response to the Motion to Dismiss ("Response") on December 12, 2019 [D.E. 55].

3. SN Servicing's and Trustee's reply was initially due on December 19, 2019.

4.      The undersigned counsel met and conferred with Plaintiff's counsel, attorney Cohron, who indicated that he would be withdrawing his Response given the Court's order enlarging the time for Plaintiff to file his Response, up to and including December 27, 2019 [D.E. 56].

5.      Based on this representation, SN Servicing and Trustee requested a 14-day extension of time, from the date that Plaintiff served his amended Response, to file a reply in support of their Motion to Dismiss.  [D.E. 59]

6.      The Court granted this Motion on December 26, 2019 in which the Court ordered that SN Servicing and Trustee had 14 days to file a Reply in Support of their Motion to Dismiss within 14-days after Plaintiff serves his amended response. [D.E. 61]

7.      However, to date Plaintiff has not moved to withdraw his Response, has not filed an Amended Response as indicated in his initial emails to the undersigned and despite several attempts by the undersigned counsel there has been no contact with Plaintiff to discuss his current intention on the filing of an Amended Response.

8.      As a result, the time to file a Reply is now unclear and the undersigned has not been able to reach counsel to discuss the deadlines and the intention of Plaintiff to file a Motion to Withdraw the original response or whether he intends to rely on the original Response.

9.      Based upon this uncertainty, SN Servicing and Trustee could not determine whether or not a Reply should be drafted to the initial Response or whether Plaintiff still intended to file an Amended Response.

10.     In light of this, SN Servicing and Trustee requests that the Court grant SN Servicing and Trustee and additional 14 days to reply to the original Response, filed by Plaintiff on December 12, 2019, since Plaintiff did not withdraw the original Response as suggested by

counsel and did not advise the undersigned in a timely manner that the Motion to Withdraw was not going to be filed.

11. The undersigned reached out to counsel to determine whether or not Plaintiff objected to this extension, but has not heard back from Counsel at the time of filing this Motion.

12. No party would be unduly prejudiced if the Court grants SN Servicing and Trustee an extension of time to file their reply.

13. The extension will not affect any other deadlines in this case.

14. Accordingly, SN Servicing and Trustee respectfully request a 14-day extension of time up to and including January 14, 2020, to file a reply in support of their Motion to Dismiss.

WHEREFORE, Defendants SN Servicing Corporation and U.S. Bank Trust National Association, as Trustee of the SCIG Series III Trust respectfully request that the Court grant this Motion, and allow them a 14-day extension of time up to an including January 14, 2020 to file a reply in support of their Motion to Dismiss, and that the Court provide such other and further relief as it deems just and proper.

Respectfully submitted,

/s/ Pamela A. Paige
Pamela A. Paige, Esq. (#16163-49)
PLUNKETT COONEY, P.C.
300 N. Meridian, Suite 990
Indianapolis, IN 46204
Telephone: (317) 964-2730
ppaige@plunkettcooney.com
Attorney for Defendants
*SN Servicing Corporation and*
*U.S. Bank Trust National Association, as*
*Trustee of the SCIG Series III Trust*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of January, 2020, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's ECF. Parties may access this filing through the Court's system:

Travis W. Cohron – tcohron@clarkquinnlaw.com

Michael P. Maxwell , Jr. – mmaxwell@clarkquinnlaw.com

David W. Patton – David.Patton@Woodenlawyers.com

John D. Waller – john.waller@woodenlawyers.com

/s/  Pamela A. Paige
Pamela A. Paige, Esq. (16163-49)
Attorney for Defendants
*SN Servicing Corporation and*
*U.S. Bank Trust National*
*Association, as Trustee of the SCIG*
*Series III Trust*

Open.27349.92425.23375079-2