2064-2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**Indianapolis Division**

MICHAEL F. CRUM,                           )
                                           )
                           Plaintiff,      )        No. 1:19-cv-2045-JRS-TAB
     v.                                    )
                                           )
SN SERVICING CORPORATION,                  )
FAY SERVICING, LLC, PLANET HOME            )
LENDING, LLC, EQUIFAX INFORMATION          )
SERVICES, LLC, HOME SERVICING, LLC,        )
and US BANK TRUST NATIONAL                 )
ASSOCIATION, as trustee of the SCIG        )
Series III Trust,                          )
                                           )
                           Defendants.     )

---

## PLANET HOME LENDING'S MOTION TO STAY DISCOVERY, OR IN THE ALTERNATIVE, TO EXTEND THE DEADLINE TO RESPOND TO DISCOVERY

---

Defendant, PLANET HOME LENDING, LLC, ("PHL") by and through its counsel, Jill Sidorowicz of Noonan & Lieberman, Ltd. hereby moves this court for an order staying PHL's responses to MICHAEL F. CRUM's ("Plaintiff") discovery requests until after this Court rules on PHL's Motion to Dismiss, or in the alternative, to extend the deadline to respond to discovery, and in support thereof, states as follows:

1.     On December 12, 2019, PHL filed a Motion to Dismiss the Plaintiff's First Amended Complaint against PHL on the basis that the factual allegations therein are unsupported and contradicted by Plaintiff's supporting exhibits.

2.     The next day, Plaintiff served his first Requests for Production on PHL. PHL's responses are due January 13, 2020.

1

3.     On January 3, 2020, Crum filed his Response to PHL's Motion to Dismiss.  PHL's Reply is due January 10, 2020.  Therefore, this Court is not likely to rule on PHL's Motion to Dismiss prior to PHL's deadline to respond to Plaintiff's discovery requests.

4.     Counsel for PHL has consulted with counsel for Plaintiff and has been advised that Plaintiff does not agree to a stay of the pending discovery.

5.     This Court has the inherent authority to control its cases and "the power to stay proceedings is incidental" to that power. *Texas Indep. Producers & Royalty Owners Ass'n v. E.P.A.*, 410 F.3d 964, 980 (7th Cir. 2005).  A court may stay discovery through an exercise of its inherent authority to manage litigation or through its authority under Federal Rule of Civil Procedure 26(c). *See, e.g., E.E.O.C. v. Fair Oaks Dairy Farms, LLC,* No. 2:11 CV 265, 2012 WL 3138108, at *2 (N.D.Ind. Aug.1, 2012) (citing *Landis v. North American Co.,* 299 U.S. 248, 254–55, 57 S.Ct. 163, 81 L.Ed. 153 (1936)).

6.     In determining whether to stay a case, the courts consider "[1] the prejudice or tactical disadvantage to the non-moving party; [2] whether or not the issues will be simplified ...; and [3] whether or not a stay will reduce the burden of litigation on a party." *Johnson v. Navient Solutions, Inc.*, 150 F. Supp. 3d 1005, 1007 (S.D. Ind. 2015).

7.     Here, all three factors are met.  Granting a stay would not prejudice the Plaintiff. Further, a stay would both simplify the issues in this case and reduce the burden of litigation as some or all of the Counts against PHL in Plaintiff's First Amended Complaint may be disposed of by this Court's ruling on PHL's Motion to Dismiss.

8.     Further, Rule 26 states that "[t]he court may, for good cause, issue an order to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense." Fed.R.Civ.P. 26(c)(1).

9.　　On December 23, 2019, PHL filed a Motion for Sanctions against Plaintiff and Plaintiff's counsel on the basis that the factual contentions included in the Plaintiff's First Amended Complaint are directly contradicted by evidence that the Plaintiff and Plaintiff's counsel have had in their possession since prior to the filing of the original Complaint in May 2019.

10.　　Therefore, PHL asserts that granting a stay would further the purpose of Rule 26 in protecting PHL from both "annoyance" and "undue burden or expense."

11.　　Alternatively, PHL requests an additional 28 days, through and including February 10, 2020, to respond to Plaintiff's discovery requests.

12.　　The instant motion is not made for purposes of delay, but rather to reduce the burden of litigation as well as the costs of litigation for all parties.

WHEREFORE, Defendant, PLANET HOME LENDING, LLC respectfully request this Court enter an order staying PLANET HOME LENDING, LLC's responses to Plaintiff's discovery requests until after this Court rules on PLANET HOME LENDING, LLC's Motion to Dismiss, or in the alternative, extend PLANET HOME LENDING, LLC's deadline to respond to discovery for an additional 28 days, through and including February 10, 2020 and provide such other and further relief as it deems just and proper.

Respectfully submitted,

/s/　Jill A. Sidorowicz
Attorney for Defendant
Planet Home Lending, LLC
Noonan & Lieberman, Ltd.
105 W. Adams, Suite 1800
Chicago, Illinois  60603
312-431-1455
jsidorowicz@noonanandlieberman.com

2064-2

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### Indianapolis Division

MICHAEL F. CRUM,          )
                                  )
                   Plaintiff,     )     No. 1:19-cv-2045-JRS-TAB
   v.                           )
                                    )
SN SERVICING CORPORATION,     )
FAY SERVICING, LLC, PLANET HOME    )
LENDING, LLC, EQUIFAX INFORMATION   )
SERVICES, LLC, HOME SERVICING, LLC,   )
and US BANK TRUST NATIONAL       )
ASSOCIATION, as trustee of the SCIG     )
Series III Trust,                  )
                                    )
                 Defendants.   )

---

## CERTIFICATE OF SERVICE

---

I hereby certify that on January 7, 2020, I electronically filed the foregoing **MOTION TO STAY DISCOVERY, OR IN THE ALTERNATIVE, TO EXTEND THE DEADLINE TO RESPOND TO DISCOVERY** using the CM/ECF system, which will send notification of such filing to all attorneys of record:

**Michael P. Maxwell, Jr.**
**Travis W. Cohron**
Clark Quinn Moses Scott & Grahn LLP
320 North Meridian Street, Suite 1100
Indianapolis, IN 46204
mmaxwell@clarkquinnlaw.com
tcohron@clarkquinnlaw.com

**Pamela A. Paige**
Plunkett Cooney
300 N. Meridian Street, Suite 990
Indianapolis, IN 46204
ppaige@plunkettcooney.com

**David W. Patton**
**John D. Waller**
Wooden & McLaughlin LLP
One Indiana Square, Suite 1800

Indianapolis, IN  46204
David.Patton@woodenlawyers.com
john.waller@woodenlawyers.com

/s/   Jill A. Sidorowicz
Attorney for Defendant
Planet Home Lending, LLC
Noonan & Lieberman, Ltd.
105 W. Adams, Suite 1800
Chicago, Illinois  60603
312-431-1455
jsidorowicz@noonanandlieberman.com