UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHAEL F. CRUM, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:19-cv-2045-JRS-TAB ) |
| SN SERVICING CORPORATION, et al. | ) ) |
| Defendants. | ) |

**ORDER**

The Court has been advised by counsel that a settlement has been reached in this matter between Plaintiff and Defendant Fay Servicing, LLC only. Accordingly, any pending motions filed by or relating to Defendant Fay Servicing, LLC are denied, without prejudice, as moot, and all previously ordered dates relating to discovery, filings, schedules, conferences and trial, if any, are vacated as to Defendant Fay Servicing, LLC. These parties shall file a stipulation of dismissal within 60 days.

Date: 1/10/2020

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

All ECF-registered counsel of record via email