# EXHIBIT A

– Asset Detail Information

## : Interactions

| Interaction Date | User Name | Comments |
|---|---|---|
| 06/07/2019 12:53 PM | Lisby, Sherry | ██████████ |
| 06/07/2019 12:52 PM | Lisby, Sherry | ██████████ |
| 06/07/2019 12:52 PM | Lisby, Sherry | ██████████ |
| 06/05/2019 09:53 AM | Lisby, Sherry | Pmt posted 06/03/19.  Next due 05/01/19. |
| 06/03/2019 07:59 AM | Wyly, Konnor | confirmed cbp $455.61 plus fee 6/3/19 Crane FCU 9772 |
| 06/03/2019 07:59 AM | Wyly, Claire | processed cbp on 6/3 iao $455.61 plus fee from crane acct ending in 9772 tt konnor to confirm |
| 06/03/2019 07:58 AM | Payne, Veronica | C/S Spk W/ Michael ~ Mini Maranda ~ confirmed last 4 of SS~ prop and mailing address Calling from  812-825-5537~CBP, Transferred to AM ~~Claire |

SN/Crum 0346

– Asset Detail Information

| Interaction Date | User Name | Comments |
|---|---|---|
| 05/31/2019 10:31 AM | Lisby, Sherry | ███████████████ |
| 05/31/2019 10:30 AM | Lisby, Sherry | ███████████████ |
| 05/31/2019 10:24 AM | Lisby, Sherry | From: Markey-Nelson, Canya <CMarkeynelson@snsc.com>  Sent: Friday, May 31, 2019 9:47 AM To: Lisby, Sherry <SLisby@snsc.com> Cc: Carline, Lisa <LCarline@snsc.com>; Clark, John <JClark@snsc.com>; Loan Records Management <LoanRecords@snsc.com>; Rackley, Amanda <ARackley@snsc.com>; Mackin, Margaret <MMackin@snsc.com> Subject: RE:          Crum - RESPA complaint  The attached final response was sent out 5/29/19 via US Mail. |
| 05/29/2019 02:05 PM | Hilton, Tiffany | Payoff thru 06/07/2019 to Sherry L./Canya M.  UPB $33,618.98 INT $694.19 Other Fees $240.50 (LC) Total Payoff $34,553.67 Per Diem $7.14 |
| 05/29/2019 02:04 PM | THilton | ILS Comments - Payoff Statement Sent Payoff Request Date: 5/29/2019 MICHAEL CRUM 3407 W REBA AVE BLOOMINGTON, IN 47403 USA Printed |
| 05/06/2019 09:16 AM | Admin, Admin | Early Intervention Letter generated and transmitted to vendor. |
| 05/03/2019 11:32 AM | Lisby, Sherry | Pmt posted 05/01/19.  Next due 04/01/19. |
| 05/01/2019 09:08 AM | Lisby, Sherry | Michael transferred to me for CBP confirm...verified I was logged in prior to accepting transfer...CID 812-825-5537.  Verified check #2334 dated 05/01/19 iao $470.61 (stated includes $15 fee) on Crane ending in 9772. |
| 05/01/2019 09:06 AM | Campbell, Gwen | CS Mini miranda,verified last 4 SS#, verified prop & mailing address, home ph#812-825-5537 also caller id,  set up cbp with Michael Crum verified using the Crane FCU ends 9772 dd 5-01-19 ck#2334 for $470.61 includes $15 cpb fee conf#1132837 transferred call to Sherry L. to verify |
| 04/22/2019 08:44 AM | Lisby, Sherry | From: Markey-Nelson, Canya <CMarkeynelson@snsc.com>  Sent: Monday, April 22, 2019 8:39 AM To: Lisby, Sherry <SLisby@snsc.com> Cc: RESPA <RESPA@snsc.com> Subject:           Crum - RESPA complaint Importance: High  Good morning,  We received both attached letters from the borrower's attorney via certified mail in the BR office on 4/16/19. The attached initial response was sent out today via fax. The final response is due on or before 5/29/19. |

– Asset Detail Information

| Interaction Date | User Name | Comments |
|---|---|---|
| 04/10/2019 05:34 PM | Lisby, Sherry | Pmt posted 04/01/19.  Next due 03/01/19. |
| 04/01/2019 08:34 AM | Fontaine, Steve | TT fom Sherry L and spoke with Michael. Verified a CBP dated 4/1/18~ CHK# 2333~ $ 470.61 ( Includes $ 15 fee which I advised of), ACT# 9772~ Conf# 1128713~ All correct |
| 04/01/2019 08:32 AM | Lisby, Sherry | Michael transferred to me to set up CBP...verified I was logged in prior to accepting transfer...CID 812-825-5537.  Verified Crane ending in 9772 and set up check #2333 dated 04/01/19 iao $470.61 (he stated pmt + CBP when he gave me amt), conf #1128713.  Transferred to S. Fontaine to verify CBP. |
| 04/01/2019 08:31 AM | Payne, Veronica | C/S Spk W/ Michael~ Mini Maranda ~ confirmed last 4 of SS~ prop and mailing address Calling from  812-825-5537~CBP, Transferred to AM ~~Sherry L |
| 03/19/2019 05:13 PM | Lisby, Sherry | I changed the BK statement stop to "Borrower Requests Statements" per C. Markey-Nelson's instructions. |
| 03/19/2019 05:09 PM | Lisby, Sherry | From: Markey-Nelson, Canya <CMarkeynelson@snsc.com>  Sent: Tuesday, March 19, 2019 4:38 PM To: Watson, Kathy <KWatson@snsc.com>; Lisby, Sherry <SLisby@snsc.com> Cc: Clark, John <JClark@snsc.com>; Carline, Lisa <LCarline@snsc.com>; Loan Records Management <LoanRecords@snsc.com>; Mackin, Margaret <MMackin@snsc.com> Subject: RE:          Crum - RESPA complaint  The attached final response has been prepared and sent out via US MAIL today. Sherry/Kathy - Please also remove the  mailing block and begin sending monthly billing statements to the borrower. |
| 03/19/2019 04:32 PM | Markey-Nelson, Canya | From: Sutter, Emily <ESutter@snsc.com>  Sent: Tuesday, March 19, 2019 6:21 PM To: Markey-Nelson, Canya <CMarkeynelson@snsc.com>; Lisby, Sherry <SLisby@snsc.com> Subject: RE:          Crum - RUSH - please advise  We wouldn't run an escrow analysis on this loan right now, they are no longer escrowed.  I found more information on this loan as loan number          from when we got the loan in 2004. The loan was unescrowed in 2007, I have attached the unescrow letter that was sent to the borrower and attorney.  Emily Sutter |
| 03/19/2019 03:13 PM | Hilton, Tiffany | Reinstatement thru 03/31/2019 to Sherry L./Canya M.  Good Thru 03/31/2019 2 PAYMENTS DUE 02/01/19 thru 03/01/19 $455.61 911.22 LATE CHARGES 203.50 REINSTATEMENT TOTAL $1,114.72 |
| 03/19/2019 03:09 PM | Hilton, Tiffany | Payoff thru 03/31/2019 to Sherry L./Canya M.  UPB $34,091.38 INT $657.50 Other Fees $203.50 (LC) Total Payoff $34,952.38 Per Diem $7.24 |
| 03/19/2019 03:08 PM | THilton | ILS Comments - Payoff Statement Sent Payoff Request Date: 3/19/2019 MICHAEL CRUM 3407 W REBA AVE BLOOMINGTON, IN 47403 USA Printed |

– Asset Detail Information

| Interaction Date | User Name | Comments |
|---|---|---|
| 03/05/2019 11:31 AM | Lisby, Sherry | Pmt posted 03/01/19.  Next due 02/01/19. |
| 03/01/2019 11:31 AM | Kahoalii, Jordan | spk w/Michael and confir'd he gave SN auth to process chk # 2332 for $470.61 frm Crane FCU acct endng in 9772 good 3/1 |
| 03/01/2019 11:30 AM | Lisby, Sherry | Michael transferred to me to set up CBP...verified I was logged in prior to accepting transfer...CID 812-825-5537.  Verified Crane ending in 9772 and set up check #2332 dated 03/01/19 iao $470.61 (stated includes $15 fee), conf #1124637.  Transferred to J. Kahoalii to verify. |
| 03/01/2019 11:27 AM | Payne, Veronica | C/S Spk W/ Michael~ Mini Maranda ~ confirmed last 4 of SS~ prop and mailing address Calling from 812-825-5537 ~CBP, Transferred to AM ~~Sherry L |
| 02/11/2019 01:44 PM | Lisby, Sherry | From: Watson, Kathy <KWatson@snsc.com>  Sent: Friday, February 08, 2019 3:30 PM To: Lisby, Sherry <SLisby@snsc.com>; Markey-Nelson, Canya <CMarkeynelson@snsc.com> Cc: RESPA <RESPA@snsc.com> Subject: RE:       Crum - RESPA complaint  Hello, Due to the new billing statement law if the borrower wants a billing statement I can change it in asset category. The only time we would need a letter from the borrower is when they do not want a billing statement from us |
| 02/11/2019 01:43 PM | Lisby, Sherry | [rest of EM re RESPA]  With regard to items 1-3, we've never refused to accept a pmt from him, and we've posted every payment he's made to us as soon as we receive it, as he pays via CBP.  On item #4, he is not escrowed for taxes or insurance, so I have no idea where they are coming from saying we aren't paying them.  On item #5, the late charge is legitimate until he provides proof he made a payment that isn't accounted for.  I went through the entire payment history from the two PSs on 09/07/18 (notes on acct) and confirmed the trustee did not make pmts in a timely manner at start of the BK then only paid 3 of the 5 due at that time…never made the two missing pmts up.  I told him that verbally on the same day.  The PS filed a response to the trustee in the BK in Jan 2018 stating the acct was due for 11/01/17, and no one filed a dispute to this in the BK (see notes 08/30/18).  With regard to items 6-10, I have no idea what they are talking about and am assuming they are copying language from a RESPA template.  There is no record on the account that a payoff was ever requested (I see in the Aug letter that one was, but again, I never saw this letter; no indication the transfer was not completed timely; we don't have the acct in FC, nor have we ever said we were going to put the acct in FC; no clue on #11. |

SN-Crum 0349

– Asset Detail Information

| Interaction Date | User Name | Comments |
|---|---|---|
| 02/11/2019 01:43 PM | Lisby, Sherry | From: Lisby, Sherry  Sent: Friday, February 08, 2019 3:15 PM To: Markey-Nelson, Canya <CMarkeynelson@snsc.com> Cc: RESPA <RESPA@snsc.com>; Watson, Kathy <KWatson@snsc.com> Subject: RE:          Crum - RESPA complaint  I checked the tracking numbers for both letters they are referring to…I do see the Aug letter was delivered on 09/04/18 to Baton Rouge, but there are no notations on the account about it, and I never received a copy of it.  On the November letter, there's no indication it was ever delivered to the Baton Rouge office.  I noticed they don't include copies of the green cards for either letter.  He's never mentioned sending letters and not getting a response, just states that his atty is working on investigating what he believes is a missing pmt.  He's not getting billing statements because he was discharged from BK…I see Kathy set up the asset category blocking statements in 04/2018, and I have not been asked to send him statements.  On BK 7s, unless we receive a request in writing from him asking for statements, we can't send them…not sure about BK 13.  Kathy, can you advise?  [cont'd next note] |
| 02/11/2019 01:39 PM | Lisby, Sherry | From: Markey-Nelson, Canya <CMarkeynelson@snsc.com>  Sent: Friday, February 08, 2019 2:47 PM To: Lisby, Sherry <SLisby@snsc.com> Cc: RESPA <RESPA@snsc.com> Subject: 280342 Crum - RESPA complaint  The attached RESPA complaint was received in the Baton Rouge office on 2/4/19.  The attached initial response was sent out today via US Mail.  The final response is due on or before 3/19/19. |
| 02/07/2019 12:37 PM | Lisby, Sherry | Pmt posted 02/04/19.   Next due 01/01/19. |
| 02/04/2019 02:23 PM | Lisby, Sherry | Michael transferred to me for CBP confirm...verified I was logged in prior to accepting transfer...CID 812-825-5537.  Verified check #2331 dated 02/04/19 iao $470.61 (stated includes $15 fee) on Crane ending in 9772. |
| 02/04/2019 02:19 PM | Walker, Kati | C/S Inbound Call: 812.825.5537 Spoke with Michael. Read MM, advised of call recording and verified all pertinent information. *Set up CBP -- Dated 2/4/2019, check #: 2331, iao $470.61 (which includes $15 cbp fee), checking acct # ending in 9772, Crane FCU, Confirmation #: 1120929. Transferred to Sherry L to verify. |
| 01/04/2019 04:47 PM | Lisby, Sherry | Pmt posted 01/02/19.  Next due 12/01/18. |
| 01/04/2019 02:29 PM | Brown, Ben | MONROE COUNTY, 2017, Parcel 53-09-13-400-030.000-015: 617.00 |
| 01/02/2019 02:59 PM | Fontaine, Steve | TT from Sherry L and spoke with Michael. Verified a CBP dated 1/2/19~ CHK# 2330~ $ 470.61 ( includes $ 15 fee which I advised of). ACT# 9772~ Conf# 1116489~ All correct |

SN-Crum 0350

– Asset Detail Information

| Interaction Date | User Name | Comments |
|---|---|---|
| 01/02/2019 02:58 PM | Lisby, Sherry | Michael transferred to me to set up CBP...verified I was logged in prior to accepting transfer...CID 812-825-5537.  Only able to make 1 pmt today, lawyer is still working on the pmt dispute.  Verified Crane FCU ending in 9772 and set up check #2330 dated 01/02/19 iao $470.61 (stated pmt amt + $15 fee), conf #1116489.  Transferred to S. Fontaine to verify. |
| 01/02/2019 02:56 PM | Gibson, Jennifer | Inbound Call: Quality Right Party Contact: CS Mini M. Spoke w/ Micheal. He verif'd prop add, ss# phne #(caller id # 812-825-5537). TT Sherry L. to set up a CBP. I advised $15 fee. |
| 12/10/2018 02:59 PM | Lisby, Sherry | Pmt posted 12/03/18.   Next due 11/01/18. |
| 12/03/2018 11:56 AM | Chapman, Ashly | CBP Date 12/03 Ck#2328  Amount $470.61 and advised of $15.00 CBP Fee  Acct#9772 Confm#1112719 |
| 12/03/2018 11:53 AM | Fontaine, Steve | TT from Veronica P and spoke with Michael And set up a CBP dated 12/3/18~ CHK# 2328~ $ 470.61 ( Includes $ 15 fee which I advised of), ACT# 9772~ Conf# 1112719~ Asked Ashly C to verify/confirm |
| 12/03/2018 11:51 AM | Payne, Veronica | C/S Spk W/ Michael~ Mini Maranda ~ confirmed last 4 of SS~ prop and mailing address Calling from  812-825-5537~CBP, Transferred to AM ~~Steve |
| 11/02/2018 04:09 PM | Lisby, Sherry | Pmt posted 11/01/18.  Next due 10/01/18. |
| 11/01/2018 01:48 PM | King, Tyler | tt from kim to verify cbp 11/1/18, 2327,$159.55,CRANE FCU, Acct#9772, Conf#1108519 |
| 11/01/2018 01:38 PM | Paris, Kim | CBP- DATE:11/1/18 CHECK#2327, AMOUNT$159.55, BANK:crane fcu-ACCT#9772, CONFIRMATION#1108519 |
| 11/01/2018 01:37 PM | Lockhart, Ashley | C/S Spk W/Michael  **Mini Miranda** confirmed last 4 of SS# property and mailing address and ph# 812-825-5537. wanted to do a CBP of $144.55 for add to his unapplied balance to make his sept payment. He states that AM Sherry is aware that it is a month behind and it is the prior serv that has made him a month behind & he should not be. TT AM Kim. |
| 11/01/2018 12:00 AM | Callison, Connor | Generated/Sent Initial EILs - ccallison |

– Asset Detail Information

| Interaction Date | User Name | Comments |
|---|---|---|
| 10/31/2018 01:22 PM | Lisby, Sherry | Michael called in on my direct line...verified I was logged in prior to answering call...CID 812-345-2081.  Stated "I am required to tell you this is an attempt to collect a debt.  Any information obtained may be used for that purpose.  This call may be monitored and/or recorded for quality assurance."  Verified last 4 digits of SSN & property/mailing address.  Told him about $311.06 in unapplied and told him another $144.55 would pay the Sept pmt.  He's not able to do that today but should be able to do it tomorrow or Fri...WCB.  He's having another cataract surgery on Monday for other eye (had one in Jan) and is having to pay co-pay for it as well then.  Said his atty is working on trying to find out what happened in BK...asked him to keep us updated on that.  Told him if I don't pick up when he calls in to do CBP, he can transfer to operator and have someone else enter it for him...will have notes in acct about the $144.55 need to post a pmt.  Got logged out when I hung up as CS call tried to ring through during conversation. |
| 10/31/2018 01:07 PM | Lisby, Sherry | Outbound Call: Left Message: Had VM to call Michael as well as an EM from V. Payne...ph'd 812-345-2081...got VM again...left 800 # and ext on VM...amt to add to unapplied to make pmt. |
| 10/31/2018 11:07 AM | Payne, Veronica | C/S Spk W/ ~Michael  Mini Maranda ~ confirmed last 4 of SS~ prop and mailing address Calling from  812-345-2081~Returning Call AM Sherry L unavialable he will wait for her to call back |
| 10/31/2018 10:39 AM | Lisby, Sherry | Outbound Call: Left Message: Had VM to call Michael...ret'd call to 812-345-2081...cell #...left 800 # and ext on VM again...trying to reach re amt to add to unapplied bal to post another pmt. |
| 10/30/2018 04:51 PM | Lisby, Sherry | Outbound Call: Left Message: Ph'd 812-345-2081...cell #...left 800 # and ext on VM...wanted to let him know another $144.55 added to unapplied would post Sept 2018 pmt. |
| 10/03/2018 04:55 PM | Wright, Eric | Last Payment: 10/01/2018  Due Date: 09/01/2018 |
| 10/01/2018 09:07 AM | Lisby, Sherry | Michael transferred to me for CBP confirm...verified I was logged in prior to accepting transfer.  Verified check #2326 dated 10/01/18 iao $470.61 (stated includes $15 fee) on Crane FCU ending in 9772.  Then he went into the BK issue again...apparently now his atty and the trustee are claiming they had no idea the PS filed a response in the BK even though it is date and time stamped when it was entered on the docket (4:05 pm on 01/19/18). |
| 10/01/2018 09:04 AM | Mikkelsen, Melissa | Michael called in; gave MM and adv of call monitor/recording - verified last 4 of ssn - verified property/mailing address/phone numbers - set up cbp valid 10-1-18 #2326 $455.61 w/$15 fee on Crane FCU ending in 9772 tsfd the call to Sherry to verify His atty is still working on getting the status of his loan resolved |

SN-Crum 0352

– Asset Detail Information

| Interaction Date | User Name | Comments |
|---|---|---|
| 09/13/2018 05:02 PM | Lisby, Sherry | Pmt osted 09/04/18.  Next due 08/01/18. |
| 09/07/2018 04:54 PM | Lisby, Sherry | Outbound Call: Right Party Contact: Ph'd 812-825-5537...hm #...was in the middle of leaving a msg when Michael picked up.  Stated "I am required to tell you this is an attempt to collect a debt.  Any information obtained may be used for that purpose.  This call may be monitored and/or recorded for quality assurance."  Verified last 4 digits of SSN & told him I am ret'ing multiple calls on acct         .  Told him I have gone through pmt histories and confirmed all pmts he made were rec'd and posted.  Told him he going to have to address this with trustee and/or his atty, as BK dept has already verified all pmts during BK were rec'd and posted.  Told him when he filed, first post-petition pmt was due 11/2012...trustee didn't make any pmts until 03/2013 and only paid 3 pmts instead of the 5 that were due by then...never made up those 2 missing post-petition pmts, just made mo pmts after that.  He will follow up with them next week. |
| 09/07/2018 02:18 PM | Lisby, Sherry | Rec'd pmt history from both Planet Home and Fay for the PHL period.   When PHL boarded the acct on 05/02/17, it was due for 02/01/17 pmt.  I reviewed the pmts they received and that Fay received against the information Michael faxed to me previously.  All payments he sent were received and posted:  ACH that went through his acct 11/03/17:  Rec'd and posted by PHL on 11/01/17, paid 09/2017 payment ACH that went through his acct 12/05/17:  Rec'd and posted by PHL on 12/01/17, paid 10/2017 payment Response to court re notice of final cure was sent over and was filed in court on 01/19/18 showing due date was 11/01/17 as of date of final cure notice which was 01/10/18. ACH that went through his acct 01/18/18:  Rec'd and posted by Fay on 01/16/18, paid 11/2017 payment ACH that went through his acct 02/07/18:  Rec'd and posted by Fay on 02/05/18, paid 12/2017 payment ACH that went through his acct 03/05/18:  Rec'd and posted by Fay on 03/01/18, paid 01/2018 payment Transferred to SNSC on 03/23/18 Check #2319 dated 04/02/18 called in to SNSC on 04/02/18, paid 02/01/18 payment Check #2321 dated 05/01/18 called in to SNSC on 05/01/18, paid 03/01/18 payment Check #2322 dated 06/01/18 called in to SNSC on 06/01/18, paid 04/01/18 payment Check #2323 dated 07/02/18 called in to SNSC on 07/02/18, paid 05/01/18 payment Check #2324 dated 08/01/18 called in to SNSC on 08/01/18, paid 06/01/18 payment Check #2325 dated 09/04/18 called in to SNSC on 09/04/18, paid 07/01/18 payment  The account is due for the 08/01/18 and 09/01/18 payments at this time. |
| 09/07/2018 12:48 PM | Lopez, Tabitha | 812-825-5537- I spoke with Michael he asked for Sherry Lisby right away I stated she was at lunch 12:45 here which give it an hour and she will for sure be back he said ok |
| 09/07/2018 12:13 PM | Lisby, Sherry | From: Lisby, Sherry  Sent: Friday, September 07, 2018 12:13 PM To: 'Devki Sheth'; Matthew, Dawn Subject: RE: #              - Crum  I've never received the requested payment history for the Crum account.  The borrower is still disputing this, and I need the history to determine what happened.  Please forward the history as soon as possible. |

– Asset Detail Information

| Interaction Date | User Name | Comments |
|---|---|---|
| 09/07/2018 12:11 PM | Lisby, Sherry | Confirmed Fay posted the payments that borrower sent to them.  Still don't have PHL history...had requested in July 2018:  From: Lisby, Sherry  Sent: Friday, September 07, 2018 12:11 PM To: Lisby, Sherry; 'Brendon Sanford' Cc: 'Lantz Tooke' Subject: RE: #              - Crum  Brendon:  I never received a response to this email, nor have I received the correct payment history for the Crum account.  It is very important that we get the correct history, as the borrower is still disputing the payment due date, and that is the part of the history that is being disputed at this point. |
| 09/04/2018 10:37 AM | Larkin, Marianne | Confirmed cbp in the total amount of $470.61 to be w/drawn today.  Check # 2325 drawn from account that ends in 9772. |
| 09/04/2018 10:36 AM | Koher, Rachelle | set #225 470.61 included 15.00 fee from crane endign in 9772.  feels this is sept pymnt. aware we have not yet had a chance to review the docs send 8/31 so not confirmimg this is spt pymnt |
| 09/04/2018 10:30 AM | Lockhart, Ashley | C/S Spk W/Michael  **Mini Miranda** confirmed last 4 of SS# property and mailing address and ph# 812-825-5537. wanted to do a CBP TT AM Rachelle. |
| 08/31/2018 11:30 AM | Lisby, Sherry | Outbound Call: Right Party Contact: Had VM to call Michael, as he thinks fax is not going because he had to take them somewhere else since his fax machine is not working, their fax machine was taking forever, etc.  Ret'd his call to 812-345-2081....cell #...he answered.  Stated "I am required to tell you this is an attempt to collect a debt.  Any information obtained may be used for that purpose.  This call may be monitored and/or recorded for quality assurance."  Verified last 4 digits of SSN & advised I'm ret'ing his call on acct            for the property on Reba Ave.  Told him I had rec'd 5 pgs so far, appears to be what we need, but I can't take the time right now to do research as it's last day of mo and we are inundated with calls for pmts.  Advised I will let him know next week if we need anything else. |
| 08/30/2018 12:03 PM | Lisby, Sherry | Outbound Call: Bad Number Or Disconnect: I had accidentally dialed hm #812-825-5537 showing on system...this number is suspended...removed from contacts screen. |

– Asset Detail Information

| Interaction Date | User Name | Comments |
|---|---|---|
| 08/30/2018 12:02 PM | Lisby, Sherry | Outbound Call: Right Party Contact: Had a VM from Michael late yesterday afternoon giving me his atty's email address of tcohron@bhclegal.com and ph #317-203-3000...then a VM from him this morning.  Ret'd his call to 812-345-2081...he answered.  Stated "I am required to tell you this is an attempt to collect a debt.  Any information obtained may be used for that purpose.  This call may be monitored and/or recorded for quality assurance."  Verified last 4 digits of SSN & advised I'm calling him back on acct for the property on Reba Ave.  Advised I'm not entirely clear on why I am contacting his atty.  Said he just wants us to talk about acct because they thought everything was fine as of end of BK.  Told him I will need signed authorization to talk to his atty, said they should have it by now, mailed it Monday.  We discussed delinquency more.  Per Michael, trustee paid up to Oct 2017 pmt, then he started making pmts in Nov.  He was misinterpreting response filed in BK as stating he was current at time of response.  Advised response was filed 01/19/18 stating acct was due for 11/01/17 pmt.  To my knowledge no one disputed that response.  I advised when Fay boarded in Jan 2018, they boarded with a due date of 11/01/17 as well.  I reconfirmed he was responsible for pmts from 11/01/17 forward, and he agreed.  I asked if he has a record of all the pmts...said yes, he can send it to me.  Decided to go with fax since he has a fax machine...gave him my direct fax #.  Told him once I get that I'll review then determine where we need to go from here. |
| 08/30/2018 11:46 AM | Lisby, Sherry | Outbound Call: Bad Number Or Disconnect: . |
| 08/29/2018 02:12 PM | Lisby, Sherry | Outbound Call: Left Message: Michael left VM saying he wants to give me his atty's EM address to get info from him about "it"...assuming he's referring to BK pmt discrepancies?  Ret'd call to 812-345-2018...left 800 # and ext on VM.  Atty will need to forward 3rd party authorization to discuss acct with us. |
| 08/06/2018 04:16 PM | Lisby, Sherry | Pmt posted 08/01/18.  Next due 07/01/18. |
| 08/01/2018 04:01 PM | Burroughs, Maddy | rec'd h/o renewal from west bend mutual- agent: insurance center 812-337-7637, eff 8/29/2018-19. updated in tracking. clause is correct. |
| 08/01/2018 11:16 AM | Campbell, Gwen | verified cbp with Michael Crum verified using the Crane CU ends 9772 dd 8-01-18 ck#2324 for $470.61 includes $15 cbp fee conf#1096471 |
| 08/01/2018 11:15 AM | Kennedy, Jessica | CS call spoke w/ Michael, ph# 812-825-5537 ~MM, Verif'd last 4 of SSN, prop and mailing address~ He stated that he would like to make his payment for this month. I adv that the account is due for June's pmt. he stated that this is a mistake. He stated that the account was supposed to be current when he got out of BK, so his lawyer thinks the trustee may have made payments incorrectly. He stated that he has his lwyer looking into the matter, but he will continue to make payments.  Set up CBP dated 08/01/18 Ck#2324 for $470.61 which includes $15 CBP fee with the Crane FCU bk Checking Acct ending in 9772 ~ Confirmation # 1096471 ~ Transferred to Gwen |

– Asset Detail Information

| Interaction Date | User Name | Comments |
|---|---|---|
| 07/27/2018 11:43 AM | Lisby, Sherry | From: Lisby, Sherry  Sent: Friday, July 27, 2018 11:43 AM To: Cashier Subject: #          /CRUM  Please place an SPI on this account to hold extra funds in unapplied for future pmts. |
| 07/27/2018 11:36 AM | Lisby, Sherry | Michael transferred to me from CS call...verified I was logged in prior to accepting transfer...CID 812-825-5537.  I let him know we completed the research and verified all funds rec'd from trustee were posted, due date is correct.  Let him know about trustee only paying 3 of 5 pmts due as of 03/2013 and 2 missing pmts never being paid.  Also let him know when PS filed response to final cure in Jan 2018, it stated on the form that the acct was due for 11/2017.  He will contact trustee/atty to discuss and see if anything was missed.  Let him know about $311.06 in unapplied.  He can't pay extra with next pmt due to extremely high light bill during summer months but said maybe he can do it in Aug. |
| 07/27/2018 11:28 AM | Lockhart, Ashley | C/S Spk W/Michael  **Mini Miranda** confirmed last 4 of SS# property and mailing address and ph# 812-825-5537. Returning Sherry L's call. also gave him sherrys ext TT AM Sherry L |
| 07/27/2018 11:14 AM | Lisby, Sherry | Outbound Call: Left Message: Ph'd 812-825-5537...hm #...left 800 # and ext on VM...want to let him know we completed reconciliation of acct and due date is correct. If he can pay $600.16 with next pmt that will pay June & July bringing him due for Aug. |
| 07/25/2018 02:08 PM | Lisby, Sherry | ■■■■■■■■■ |
| 07/25/2018 02:06 PM | Lisby, Sherry | ■■■■■■■■■ |
| 07/24/2018 09:45 AM | Lisby, Sherry | ■■■■■■■■■ |

– Asset Detail Information

| Interaction Date | User Name | Comments |
|---|---|---|
| 07/24/2018 09:44 AM | Lisby, Sherry | ██████████████████████████ |
| 07/03/2018 08:38 AM | Lisby, Sherry | Pmt posted 07/02/18.  Next due 06/01/18. |
| 07/02/2018 12:53 PM | Levaugh, Allison | tt Michael verif'd CBP date 7/2/18 - ck# 2323 - $470.61 - Crane FCU - inform'd borrower as to $15.00 ck fee - last 4 dig's of ck'g account 9772 - conf# 9772 |
| 07/02/2018 12:45 PM | Walker, Kati | TT from Nancy B. Spoke with Michael. *Set up CBP -- Dated 7/2/2018, check #: 2323, iao $470.61, checking acct # ending in 9772, Crane FCU, Confirmation #: 1092351.  Transferred to Kim P to verify. |
| 07/02/2018 12:45 PM | Brumett, Nancy | C/S Spk W Michael/**Mini Miranda** confirmed last 4 of SS# property and mailing address and ph# 812 825-5537 borrower wanted to do a cbp and is awre of $15.00 cbp fee tt to am Kati ext 2740 borrower wanted EFT form mailed to him at his mailing addressi |
| 07/02/2018 09:42 AM | Lisby, Sherry | From: Lisby, Sherry  Sent: Monday, July 02, 2018 9:42 AM To: 'Brendon Sanford' Cc: Lantz Tooke Subject: RE: #             - Crum  Brendon:  I just started reviewing the histories.  The one from PHL is for a Rosie Lardydell in Gary, IN.  It would appear the Prior Servicer one is incorrect too since it references the same account number as the PHL history.  I need the histories for Michael Crum in Bloomington, IN.  I believe the PHL and Prior Servicer histories are likely acct #            . |
| 07/02/2018 08:52 AM | Lisby, Sherry | From: Lisby, Sherry  Sent: Monday, July 02, 2018 8:52 AM To: 'Brendon Sanford' Cc: Lantz Tooke Subject: RE: #            - Crum  Hi Brendon,  Yes I received the payment histories.  Thank you so much! |
| 07/02/2018 08:52 AM | Lisby, Sherry | From: Brendon Sanford [mailto:bsanford@fayservicing.com]  Sent: Monday, July 02, 2018 7:53 AM To: Lisby, Sherry Cc: Lantz Tooke Subject: RE: #             - Crum  All history that fay has received for the above stated account has been sent to your attention via sharefile.   Can you please confirm receipt? |

– Asset Detail Information

| Interaction Date | User Name | Comments |
|---|---|---|
| 06/28/2018 04:39 PM | Lisby, Sherry | From: Lisby, Sherry  Sent: Thursday, June 28, 2018 4:36 PM To: Brendon Sanford (bsanford@fayservicing.com) Subject: #            - Crum  Brendon:  I'm also looking for the Planet Home Lending payment history on this account.  I went through the 1,397 pages of servicing file we received from Fay Servicing, and it is not included.  Please advise. |
| 06/28/2018 04:18 PM | Lisby, Sherry | S. Manson advised we don't have any supporting documentation to show the acct is current.  They were considered current at BK discharge, but nothing shows they remained current.  I reviewed Fay's pmt history from 01/09/18 to 03/24/18...copy appended under Payment History.  Acct boarded with them with a due date of 11/01/17.  They rec'd that pmt on 01/16/18; the 12/01/17 pmt was rec'd on 02/05/18; and the 01/01/18 pmt was rec'd on 03/01/18.  That brought the acct due for 02/01/18, which is the date we boarded with on 03/23/18.  Since then we rec'd the 02/01/18 pmt on 04/02/18; the 03/01/18 pmt on 05/01/18; and the 04/01/18 pmt on 06/01/18. |
| 06/25/2018 03:32 PM | Lisby, Sherry | From: Lisby, Sherry  Sent: Monday, June 25, 2018 3:32 PM To: Maintenance Group  Subject: #280342/CRUM Importance: High  Please advise on the status of the BK reconciliation on this account, as the borrower advised on 05/01/18 that the account should be current after the BK. |
| 06/05/2018 04:45 PM | Lisby, Sherry | Waiting for Maintenance to do a BK reconciliation, as borrower feels he should be current. |
| 06/05/2018 04:43 PM | Lisby, Sherry | Pmt posted 06/01/18.  Next due 05/01/18. |
| 06/01/2018 08:39 AM | Fontaine, Steve | TT from Ashly C and spoke with Michael. verified a CBP dated 6/1/18~ CHK# 2322~ $ 470.61 ( Includes $ 15 fee which I adviosed of), ACT# 9772~ Conf# 1088417~ All correct |
| 06/01/2018 08:37 AM | Chapman, Ashly | CBP Date 06/01 Ck#2322  Amount $470.61 and advised of $15.00 CBP Fee  Acct#9772  Confm#1088417  xfer to steve to vfy |
| 06/01/2018 08:31 AM | Brumett, Nancy | C/S Spk W Michael/**Mini Miranda** confirmed last 4 of SS# property and mailing address and ph# 812 825-5537 borrower wanted to do a cbp and is aware of $15.00 cbp fee tt to am Ashley ext 2620 |
| 05/22/2018 01:26 PM | Hill, Brenda | Check for response from Maintenance |
| 05/22/2018 01:25 PM | Hill, Brenda | From: Hill, Brenda  Sent: Tuesday, May 22, 2018 1:26 PM To: Maintenance Group <maintenance@snsc.com> Subject: 280342/Crum  Following up on this for Laurel…she sent this email on 4/23/18.  From: Coleman, Laurel  Sent: Monday, April 23, 2018 9:36 AM To: Maintenance Group <maintenance@snsc.com> Subject: RE: loan            -CRUM  Could you please go through the trustee history and reconcile the BK to see if all of the trustee payments were posted correctly? Thank you! |

SN/Crum 0358

– Asset Detail Information

| Interaction Date | User Name | Comments |
|---|---|---|
| 05/07/2018 08:35 AM | Coleman, Laurel | 5/1 payment posted |
| 05/01/2018 07:24 AM | Levaugh, Allison | tt verif'd CBP date 5/1/18 - ck#2321 - $470.61 - Crane FCU - inform'd borrower as to $15.00 ck fee - last 4 dig's of ck'g account 9772 - conf# 1084493 - He said he was with SNSC before - I said yes. He said so you are a Debit collector. I said we are a servicing company - We are not a collection agency. He said oh ok. I went over the diff. He said he is having his BK atty find out what happened to his missing pmts this CBP should be his May pmt. I did tell him that we are looking in to the account as well also advised that there is a credit of $311.06 short $144.55 of making another pmt. He said he is not in any danger of FC. I said no not at all he is making the pmts and the account is being reviewed.. |
| 05/01/2018 07:13 AM | Davis, Donna | C/S Mini Miranda confirmed last 4 of SS, prop & mailing address & all listed contact ph #'s ~~ Spk w/Michael Set up CBP including $15.00 fee ~ dated ~ 5/1/18 ck #2321 $470.61 confirmed checking acct ending in #9772 conf #1084493   transferred to ~ Allison~ for confirmation |
| 04/23/2018 10:28 AM | LCowdrey | ILS Comments - Data Audit   add middle initial F to Borrower per the Note  changed the Original loan Amount from $49,991.00 to $64,800.00 per the Note  changed the Maturity Date from 08/01/27 to 09/01/27 per the Mod (Extended Maturity Date) changed the AM Term from 360 to 232 per the Mod  add Mod date 05/13/08 |
| 04/23/2018 09:37 AM | Coleman, Laurel | requested update from maintenance on 5/7 From: Coleman, Laurel  Sent: Monday, April 23, 2018 9:36 AM To: Maintenance Group <maintenance@snsc.com> Subject: RE: loan         -CRUM   Could you please go through the trustee history and reconcile the BK to see if all of the trustee payments were posted correctly? Thank you!  From: Greene, Katie  Sent: Thursday, April 12, 2018 10:16 AM To: Coleman, Laurel <LColeman@snsc.com> Subject: RE: loan          -CRUM   You are going to need to request maintenance  to recon.  From: Coleman, Laurel  Sent: Thursday, April 12, 2018 9:35 AM To: Greene, Katie <KGreene@snsc.com> Subject: RE: loan         -CRUM   I sent him the billing statement. Unfortunately I do not see any prior servicer billing statements or pay history for the appropriate time period. Could you please or someone in BK go through the trustee history and reconcile the BK to see if all of the trustee payments were posted correctly? |
| 04/18/2018 04:27 PM | Martin, Lacie | Received H/O policy from West Bend agent:insurance center 812-337-7637  effective 08/29/2017 to 2018. Set up in tracking. Clause is correct. |
| 04/11/2018 12:09 PM | Greene, Katie | From: Greene, Katie  Sent: Wednesday, April 11, 2018 12:09 PM To: Coleman, Laurel <LColeman@snsc.com> Subject: loan          -CRUM  Laurel,  Borrower called in stated he should be current somewhere in transfer of service he is saying payments did not post correctly.  He requested billing statement to be sent to bk debtors attorney to show missing payments.  Please mail statement and follow up.  Thank you. |

– Asset Detail Information

| Interaction Date | User Name | Comments |
|---|---|---|
| 04/11/2018 11:49 AM | Greene, Katie | (CID)-BK CS CALL: mirandized, advised of call monitoring/recording-verified all pertinent information-Spoke to Michael, he was stating he should be current on his payments. he requested billing statement to show two payments behind, I told him Laurel is his asset manager and he would need to speak with her. I provided her ext. and transferred call. Emailed laurel to mail out billing statement and follow up. |
| 04/09/2018 09:50 AM | Mapes, Bryan | Single FDCPA Hello Letter sent on 4/9/2018. |
| 04/03/2018 04:51 PM | Greene, Katie | 3 priors chapter 13 cases: case#10-00204- date dismissed 08/10/2012 case#07-01540- date dismissed-12/10/2009 ***CASE#12-12077-DATE DISCHARGED 02/09/2018**** |
| 04/03/2018 08:54 AM | Greene, Katie | From: Greene, Katie  Sent: Tuesday, April 3, 2018 8:54 AM To: Watson, Kathy <KWatson@snsc.com> Subject: Loan no.           - Crum- transfer out of BK   Good morning Kathy,   Please transfer this out of BK.   I ran SSN thro pacer not in active BK. |
| 04/02/2018 10:34 AM | dmatthew | ILS Comments - Interim Complete |
| 04/02/2018 08:27 AM | Gibson, Jennifer | Rec'd Email from Jeff H. to mail borrower an EFT for. Sent out. |
| 04/02/2018 07:32 AM | Davis, Donna | Spk w/Michael Set up CBP including CBP fee  ~ dated  ~ 4/2/18 ck #2319 $470.61 confirmed checking acct ending in #9772 conf #1080695 |
| 04/02/2018 07:31 AM | Harrison, Jeff | Michael called in from (812) 825-5537 - Read MM & advised of call monitoring/recording. Verified last 4 of SSN, address & ph#.  Set up cbp, ck# 2319, $470.61, 4/2, from account ending in 9772.  Donna to confirm. He asked us mail an EFT form. Emailed Jennifer to mail out. |
| 03/28/2018 11:56 AM | Hill, Brenda | Dialing in from 812-825-5537.  MM/verified last 4 and prop addy.  TT Michael. Just finished a Ch 13 BK and finished paying trustee in October and has made payments for this loan every month since November through March 2018, so he is wanting to confirm whether he is current.   He believes that he is.  I let him know that we will keep an eye on the account for these payments paid to the PS and give him a call back letting him know when they are posted.  He asked what would happen if we don't receive them.  I stated that we would need the payment info, check date, check number and amount of each check and we would follow up with the PS.  He said OK.  He asked that we give him a call back letting him know if the checks don't come through, so he can located the payment info, so we can get this resolved quickly.  I said ok we can do that.  I let him know that his AM is Katie and her extension is 2715.  He noted this and his new account number and stated that he plans on calling in a CBP for April's payment. |
| 03/27/2018 12:00 AM | Mapes, Bryan | Hello and Transfer of Ownerhip Letter mailed to borrower |

SN/Crum 0360

– Asset Detail Information

| Interaction Date | User Name | Comments |
|---|---|---|
| 03/26/2018 07:51 PM | Admin, Admin | Loan added into core: Mar 26 2018  7:51PM |