# EXHIBIT B

| Interaction Date | User Name | Comments |
|---|---|---|
| 07/27/2018 11:43 AM | Lisby, Sherry | From: Lisby, Sherry  Sent: Friday, July 27, 2018 11:43 AM To: Cashier Subject:              /CRUM  Please place an SPI on this account to hold extra funds in unapplied for future pmts. |
| 07/27/2018 11:36 AM | Lisby, Sherry | Michael transferred to me from CS call...verified I was logged in prior to accepting transfer...CID 812-825-5537.  I let him know we completed the research and verified all funds rec'd from trustee were posted, due date is correct.  Let him know about trustee only paying 3 of 5 pmts due as of 03/2013 and 2 missing pmts never being paid.  Also let him know when PS filed response to final cure in Jan 2018, it stated on the form that the acct was due for 11/2017.  He will contact trustee/atty to discuss and see if anything was missed.  Let him know about $311.06 in unapplied.  He can't pay extra with next pmt due to extremely high light bill during summer months but said maybe he can do it in Aug. |
| 07/27/2018 11:28 AM | Lockhart, Ashley | C/S Spk W/Michael  **Mini Miranda** confirmed last 4 of SS# property and mailing address and ph# 812-825-5537. Returning Sherry L's call. also gave him sherrys ext TT AM Sherry L |
| 07/27/2018 11:14 AM | Lisby, Sherry | Outbound Call: Left Message: Ph'd 812-825-5537...hm #...left 800 # and ext on VM...want to let him know we completed reconciliation of acct and due date is correct. If he can pay $600.16 with next pmt that will pay June & July bringing him due for Aug. |
| 07/25/2018 02:08 PM | Lisby, Sherry | From: Lisby, Sherry  Sent: Wednesday, July 25, 2018 2:08 PM To: Balken, Sasha Subject: RE: loan              -CRUM   The investor is not approving waiving or advancing per attached. |
| 07/25/2018 02:06 PM | Lisby, Sherry | From: Justina Lavayen [mailto:jlavayen@prpadvisors.com]  Sent: Wednesday, July 25, 2018 12:50 PM To: Lisby, Sherry; Watson, Kathy Cc: General Subject: RE:            - CRUM  Based on the response filed, we do not have to waive two payments. The correct due dates were listed. Waivers denied. Please call out for the balance of the payments owing. |
| 07/24/2018 09:45 AM | Lisby, Sherry | From: Lisby, Sherry  Sent: Tuesday, July 24, 2018 9:44 AM To: General Subject:              -CRUM   Please see the maintenance dept's reconciliation notes below and advise if we are approved to waive the amounts as shown and advance the due date to 08/01/18. |

SN/Crum 0356

| Interaction Date | User Name | Comments |
|---|---|---|
| 07/24/2018 09:44 AM | Lisby, Sherry | From: Balken, Sasha  Sent: Tuesday, July 24, 2018 9:40 AM  To: 'Coleman, Laurel'; Lisby, Sherry  Subject: RE: loan          -CRUM   Good Morning, I reviewed this loan. My findings are as follows:  All the Trustee payments were received and properly posted. Per the Proof of Claim filed – The first Post-Petition Payment was Due: 11/01/2012 The Trustee starting paying in 03/2013 – They paid 3 payments which covered 11/2012, 12/2012 & 01/2013 – They were 2 Payments behind since the very first payment – This is why the loan is now due-for 06/01/2018 A Notice of Final Cure was filed and the Response was "Agreed" It's a little odd because the Prior Servicer agreed that the Loan was post-petition current on 01/19/2018 but they stated that the loan was due for 11/01/2017 (still 2 months behind). I believe that since they stated that the loan was current, that is what goes. It is my recommendation that we waive 2 months worth of Principal, forward the Due Date to 08/01/2018 and waive the Late Charges.  Need Approval to Waive: $448.68 Principal & $55.50 Late Charges  Please let me know if you need anything else. |
| 07/03/2018 08:38 AM | Lisby, Sherry | Pmt posted 07/02/18.  Next due 06/01/18. |
| 07/02/2018 12:53 PM | Levaugh, Allison | tt Michael verif'd CBP date 7/2/18 - ck# 2323 - $470.61 - Crane FCU - inform'd borrower as to $15.00 ck fee - last 4 dig's of ck'g account 9772 - conf# 9772 |
| 07/02/2018 12:45 PM | Walker, Kati | TT from Nancy B. Spoke with Michael. *Set up CBP -- Dated 7/2/2018, check #: 2323, iao $470.61, checking acct # ending in 9772, Crane FCU, Confirmation #: 1092351. Transferred to Kim P to verify. |
| 07/02/2018 12:45 PM | Brumett, Nancy | C/S Spk W Michael/**Mini Miranda** confirmed last 4 of SS# property and mailing address and ph# 812 825-5537 borrower wanted to do a cbp and is awre of $15.00 cbp fee tt to am Kati ext 2740 borrower wanted EFT form mailed to him at his mailing addressi |
| 07/02/2018 09:42 AM | Lisby, Sherry | From: Lisby, Sherry  Sent: Monday, July 02, 2018 9:42 AM  To: 'Brendon Sanford' Cc: Lantz Tooke Subject: RE: #           - Crum  Brendon:  I just started reviewing the histories.  The one from PHL is for a Rosie Lardydell in Gary, IN.  It would appear the Prior Servicer one is incorrect too since it references the same account number as the PHL history.  I need the histories for Michael Crum in Bloomington, IN.  I believe the PHL and Prior Servicer histories are likely acct #           . |
| 07/02/2018 08:52 AM | Lisby, Sherry | From: Lisby, Sherry  Sent: Monday, July 02, 2018 8:52 AM  To: 'Brendon Sanford' Cc: Lantz Tooke Subject: RE:           - Crum  Hi Brendon,  Yes I received the payment histories.  Thank you so much! |
| 07/02/2018 08:52 AM | Lisby, Sherry | From: Brendon Sanford [mailto:bsanford@fayservicing.com]  Sent: Monday, July 02, 2018 7:53 AM  To: Lisby, Sherry Cc: Lantz Tooke Subject: RE:            - Crum  All history that fay has received for the above stated account has been sent to your attention via sharefile.   Can you please confirm receipt? |

SN/Crum 0357