# EXHIBIT VV

 # SERVICING CORPORATION
**323 FIFTH STREET (95501)**
P.O. BOX 35
EUREKA, CA 95502
(800) 603-0836

October 24, 2019

MICHAEL CRUM
3407 W REBA AVE
BLOOMINGTON, IN 47403
Your Reference:

Re:

    MICHAEL CRUM
    3407 WEST REBA AVENUE
    BLOOMINGTON, IN 47403

Pay off figures for the above referenced loan/borrower are:

| | |
|---|---|
| Projected Payoff Date | 11/24/2019 |
| Principal Balance | $32,411.03 |
| Interest to 11/24/2019 | $ 786.24 |
| Other (See Attached Detail) | $12,298.00 |
| Prepayment Penalty | $0.00 |
| Funds owed by Borrower | $0.00 |
| Funds owed to Borrower | $0.00 |
| Total Payoff | $45,495.27 |
| Per diem | $ 6.88 |

The next payment due is 09/01/2019. The current interest rate is 7.75 % and the P&I payment is $ 455.61.

**PAY OFF INSTRUCTIONS/INFORMATION:**
- Pay off figures are subject to change so please call **800-603-0836** to update these figures prior to remitting funds.
- Funds received after 12:00 noon will be processed on the next business day and interest will be charged through that date.
- All pay off figures are subject to clearance of funds in transit. The pay off is subject to final audit when presented.
- Please provide the borrower's forwarding address so any overpayment or refund can be directly mailed to the borrower.
- We will prepare the release of our interest in the property after all funds have cleared.

**REMITTANCE INFORMATION:**

**Make checks payable to:**     SCIG Series III Trust

**Mailing Address:**                                            **Express/Overnight Mail Address:**

SN Servicing Corporation                       Bank of Texas
SCIG Series III Trust                             c/o Remittance Services, Dept 41548
PO BOX 660820                                 2250 W State Hwy 114
DALLAS, TX 75266-0820                   Grapevine, TX 76051

**Wiring Instructions:**

SCIG Series III Trust, Bank of Texas, ACCT

000622


# SERVICING CORPORATION

## PAYOFF DETAIL

| DESCRIPTION OF OTHER | | AMOUNT |
|---|---|---|
| LATE CHARGES | | $333.00 |
| ATTORNEYS FEES | | $11,965.00 |
| FORECLOSURE EXPENSES | | $0.00 |
| LEGAL EXPENSES | | $0.00 |
| LEGAL BILLING | | $0.00 |
| FORCE PLACE INSURANCE | | $0.00 |
| FORCE PLACE FLOOD INSURANCE | | $0.00 |
| PRIOR SERVICER ESCROW ADV | | $0.00 |
| INTEREST ESCROW ADVANCE-RECOVERABLE | | $0.00 |
| PRIOR SERVICER MISC FEES | | $0.00 |
| PRIOR SERVICER CORPORATE ADVANCE | | $0.00 |
| PRIOR SERVICER LATE FEES | | $0.00 |
| INTERIM CORP CORPORATE ADVANCE | | $0.00 |
| FORBEARANCE PRINCIPAL | | $0.00 |
| FORBEARANCE INTEREST | | $0.00 |
| FORBEARANCE LATE | | $0.00 |
| FORBEARANCE OTHER | | $0.00 |
| FORBEARANCE FORECLOSURE EXPENSES | | $0.00 |
| FORBEARANCE LEGAL FEES | | $0.00 |
| FORBEARANCE LEGAL EXPENSES | | $0.00 |
| FORBEARANCE ESCROW | | $0.00 |
| FORBEARANCE FORCE PLACE INSURANCE | | $0.00 |
| NSF FEES | | $0.00 |
| PROPERTY TAXES CURRENT | | $0.00 |
| PROPERTY TAXES DELINQUENT | | $0.00 |
| INSURANCE FIRE & CASUALTY | | $0.00 |
| ELECTRONIC PAYMENT FEE | | $0.00 |
| MISC FEES | | $0.00 |
| PROPERTY INSPECTIONS | | $0.00 |
| VERIFICATION OF MORTGAGE | | $0.00 |
| PRIOR FAX | | $0.00 |
| PRIOR RUSH | | $0.00 |
| PRIOR PAYOFF PROCESSING FEES | | $0.00 |
| DEFERRED PRINCIPAL | | $0.00 |
| | **$12,298.00** | **TOTAL** |

### FUNDS OWED FROM BORROWER

| | DESCRIPTION | AMOUNT |
|---|---|---|
| ASSISTANCE ADVANCE | Taxes | $0.00 |
| ASSISTANCE ADVANCE | | $0.00 |
| ASSISTANCE ADVANCE | | $0.00 |
| ESCROW ADVANCE | Short Payment | $0.00 |
| ESCROW ADVANCE | Taxes / PMI / Insurance | $0.00 |
| | | **$0.00** **TOTAL** |

### FUNDS OWED TO BORROWER

| | DESCRIPTION | AMOUNT |
|---|---|---|
| UNAPPLIED | | $0.00 |
| ESCROW | | $0.00 |
| INTEREST ON ESCROW | | $0.00 |
| OTHER FUNDS | | $0.00 |
| STIPULATION UNAPPLIED | | $0.00 |
| LOSS DRAFT | | $0.00 |
| | | **$0.00** **TOTAL** |

000623