# EXHIBIT WW



**SN SERVICING CORPORATION**
323 5TH STREET
EUREKA CA 95501

| Account Information - Statement Date: 10/2/2019 | |
|---|---|
| Account Number | 0000▮▮▮▮▮ |
| Payment Due Date | 11/1/2019 |
| Total Amount Due | $11,176.33 |
| $18.50 late fee may be charged on or after 11/17/2019 | |
| Outstanding Principal | $32,411.03 |
| This is not the amount to pay off your loan | |
| Interest Rate | 7.75% |
| Prepayment Penalty | No |
| Escrow Balance | $0.00 |

MICHAEL F CRUM
3407 W REBA AVE
BLOOMINGTON, IN 47403

| Past Payment Breakdown | Paid Since 9/5/2019 | Paid Year to Date |
|---|---|---|
| Principal | $244.71 | $2,377.63 |
| Interest | $210.90 | $2,178.47 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees | $15.00 | $150.00 |
| Partial Payment (Unapplied) | $0.00 | $0.00 |
| Total | $470.61 | $4,706.10 |

**\*\* Delinquency Notice \*\***
**You are late on your mortgage payments.** Failure to bring your loan current may result in fees and foreclosure -- the loss of your home. As of October 2, 2019, you are 61 days delinquent on your mortgage loan and your most delinquent payment was due on 9/1/2019.
This is your **Recent Account History**:
* Payment due 05/01/2019: Fully paid on 07/02/2019
* Payment due 06/01/2019: Fully paid on 08/02/2019
* Payment due 07/01/2019: Fully paid on 09/04/2019
* Payment due 08/01/2019: Fully paid on 10/02/2019
* Payment due 09/01/2019
* Payment due 10/01/2019
* Current Payment due 11/01/2019: $455.61
* **Total: $11,176.33 due. You must pay this amount to bring your loan current.**

| Explanation of Amount Due | | | | | |
|---|---|---|---|---|---|
| Due Date | Principal | Interest | Escrow | Other Funds | Total |
| 9/1/2019 | $246.29 | $209.32 | $0.00 | $0.00 | $455.61 |
| 10/1/2019 | $247.88 | $207.73 | $0.00 | $0.00 | $455.61 |
| 11/1/2019 | $249.48 | $206.13 | $0.00 | $0.00 | $455.61 |
| Total Payments Due | | | | | $1,366.83 |
| Total Fees and Charges | | | | | $9,809.50 |
| Total Amount Due | | | | | $11,176.33 |

Customer Service: (800) 603-0836
Website: borrower.snsc.com * Email: customserv@snsc.com

**Important Messages**
Payment Due Date now shows the date your next payment is due.
We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected on your credit report.

If you have previously received a discharge in bankruptcy and this debt was not reaffirmed, this correspondence is not and should not be construed to be an attempt to collect such a debt as your personal liability, but is instead a step in the enforcement of a mortgage lien against your property.
**Housing Counselor Information:** If you would like counseling or assistance, you can contact the following:
- U.S. Department of Housing and Urban Development (HUD): For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287.

| Other Balances | |
|---|---|
| Description | Balance |
| Attorney Fee | $9,495.00 |
| Late Fees | $314.50 |

| Transaction Activity (9/5/2019 to 10/2/2019) | | | |
|---|---|---|---|
| Date | Description | Charges | Payments |
| 9/17/2019 | Late Charge Assessment | $18.50 | |
| 10/1/2019 | Legal Fee Assessment | $7,725.00 | |
| 10/2/2019 | Payment Setup Fee Assessment | $15.00 | |
| 10/2/2019 | Payment Setup Fee Payment | | $15.00 |
| 10/2/2019 | Payment | | $455.61 |

— — — — — — — — — — — — — — — — Detach at Perforation — — — — — — — — — — — — — — — — — —

**SN SERVICING CORPORATION**

Customer Service: (800) 603-0836

MICHAEL F CRUM
3407 W REBA AVE
BLOOMINGTON, IN 47403

SN Servicing Corporation
SCIG Series III Trust
PO BOX 660820
DALLAS, TX 75266-0820

**Payment Coupon**

Please return with your check payable to: **SN Servicing Corporation**

| Amount due for Loan 0000▮▮▮▮▮ | |
|---|---|
| Due 11/1/2019 | $455.61 |
| Total Payments Due * | $1,366.83 |
| $18.50 late fee will be charged on or after 11/17/2019 | |
| Additional Principal | $  . |
| Additional Escrow | $  . |
| Total Amount Enclosed | $  . |

* Does not include other fees, charges and balances.

0000▮▮▮▮▮ 000168130473



**SN SERVICING CORPORATION**
323 5TH STREET
EUREKA CA 95501

| Account Information - Statement Date: 9/4/2019 | |
|---|---|
| Account Number | 0000▓▓▓▓▓ |
| Payment Due Date | 10/1/2019 |
| Total Amount Due | $3,432.83 |
| $18.50 late fee may be charged on or after 10/17/2019 | |
| Outstanding Principal | $32,655.74 |
| This is not the amount to pay off your loan | |
| Interest Rate | 7.75% |
| Prepayment Penalty | No |
| Escrow Balance | $0.00 |

MICHAEL F CRUM
3407 W REBA AVE
BLOOMINGTON, IN 47403

### Past Payment Breakdown

| | Paid Since 8/8/2019 | Paid Year to Date |
|---|---|---|
| Principal | $243.14 | $2,132.92 |
| Interest | $212.47 | $1,967.57 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees | $15.00 | $135.00 |
| Partial Payment (Unapplied) | $0.00 | $0.00 |
| Total | $470.61 | $4,235.49 |

**\*\* Delinquency Notice \*\***

**You are late on your mortgage payments.** Failure to bring your loan current may result in fees and foreclosure -- the loss of your home. As of September 4, 2019, you are 64 days delinquent on your mortgage loan and your most delinquent payment was due on 8/1/2019.
This is your **Recent Account History**:
* Payment due 04/01/2019: Fully paid on 06/04/2019
* Payment due 05/01/2019: Fully paid on 07/02/2019
* Payment due 06/01/2019: Fully paid on 08/02/2019
* Payment due 07/01/2019: Fully paid on 09/04/2019
* Payment due 08/01/2019
* Payment due 09/01/2019
* Current Payment due 10/01/2019: $455.61
* **Total: $3,432.83 due. You must pay this amount to bring your loan current.**

### Explanation of Amount Due

| Due Date | Principal | Interest | Escrow | Other Funds | Total |
|---|---|---|---|---|---|
| 8/1/2019 | $244.71 | $210.90 | $0.00 | $0.00 | $455.61 |
| 9/1/2019 | $246.29 | $209.32 | $0.00 | $0.00 | $455.61 |
| 10/1/2019 | $247.88 | $207.73 | $0.00 | $0.00 | $455.61 |
| Total Payments Due | | | | | $1,366.83 |
| Total Fees and Charges | | | | | $2,066.00 |
| Total Amount Due | | | | | $3,432.83 |

Customer Service: (800) 603-0836
Website: borrower.snsc.com * Email: customserv@snsc.com

**Important Messages**
Payment Due Date now shows the date your next payment is due.
We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected on your credit report.

If you have previously received a discharge in bankruptcy and this debt was not reaffirmed, this correspondence is not and should not be construed to be an attempt to collect such a debt as your personal liability, but is instead a step in the enforcement of a mortgage lien against your property.
**Housing Counselor Information:** If you would like counseling or assistance, you can contact the following:
* U.S. Department of Housing and Urban Development (HUD): For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287.

### Other Balances

| Description | Balance |
|---|---|
| Attorney Fee | $1,770.00 |
| Late Fees | $296.00 |

### Transaction Activity (8/8/2019 to 9/4/2019)

| Date | Description | Charges | Payments |
|---|---|---|---|
| 8/17/2019 | Late Charge Assessment | $18.50 | |
| 8/27/2019 | Legal Fee Assessment | $1,770.00 | |
| 9/4/2019 | Payment Setup Fee Assessment | $15.00 | |
| 9/4/2019 | Payment Setup Fee Payment | | $15.00 |
| 9/4/2019 | Payment | | $455.61 |

---

Detach at Perforation

**SN SERVICING CORPORATION**

Customer Service: (800) 603-0836

MICHAEL F CRUM
3407 W REBA AVE
BLOOMINGTON, IN 47403

SN Servicing Corporation
SCIG Series III Trust
PO BOX 660820
DALLAS, TX 75266-0820

## Payment Coupon

Please return with your check payable to: **SN Servicing Corporation**

| Amount due for Loan 0000▓▓▓▓▓ | |
|---|---|
| Due 10/1/2019 | $455.61 |
| Total Payments Due * | $1,366.83 |
| $18.50 late fee will be charged on or after 10/17/2019 | |
| Additional Principal | $ . |
| Additional Escrow | $ . |
| Total Amount Enclosed | $ . |

* Does not include other fees, charges and balances.

0000▓▓▓▓▓ 00016628050474