UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Indianapolis Division

| | |
|---|---|
| MICHAEL F. CRUM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:19-cv-2045-JRS-TAB |
| ) | |
| SN SERVICING CORPORATION, ) | |
| FAY SERVICING, LLC., PLANET HOME ) | |
| LENDING, LLC, EQUIFAX INFORMATION ) | |
| SERVICES, LLC, HOME SERVICING, LLC, and ) | |
| US BANK TRUST NATIONAL ASSOCIATION, ) | |
| as Trustee of the SCIG Series III Trust, ) | |
| ) | |
| Defendants. ) | |

**UNOPPOSED MOTION TO SUBSTITUTE
MEMORANDUM IN OPPOSITION TO
SN SERVICING'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff, Michael F. Crum, by and through undersigned counsel, respectfully moves this Court for permission to substitute a corrected Memorandum In Opposition to SN Servicing's Motion for Summary Judgment in the above-captioned cause. After filing, Crum realized that the filed version failed to provide the proper version of paragraphs numbered 1 & 2 in Section III of his brief. The filed version also omitted citations to the record at ¶¶ 11, 14, 20, Section IV., pg. 19, a citation to SN's brief, a second citation to SN's brief at pg. 26 at the end of Section IV. 3., an additional citation to SN's brief at the top of page 27, and the insertion of a hyperlink to document 124-49 at 2-3 on page 28.

Crum's counsel has shared the proposed substitute document with SN's counsel and they have no objection to the substitution of this document. There is no change to any argument, the citations are necessary to comply with the Court's procedures for citations to the record in briefs.

Crum requests the Court's permission to substitute this corrected document for the existing filed document at the Court's Docket Entry 125. Alternatively, Crum requests permission to file this version as a corrected response to SN's motion. Counsel for the Defendants have no objection to the substitution of this document or the filing of the proposed document as an amended or corrected Response. .

**WHEREFORE**, Plaintiff, Michael F. Crum, respectfully requests the Court to grant this Motion and that the corrected Memorandum In Opposition to SN Servicing's Motion for Summary Judgment is deemed substituted and the operable Response to SN Servicing's Motion for Summary Judgment, and for all other relief just and proper.

    Respectfully submitted,

*/s/ Travis W. Cohron*
Travis W. Cohron, No. 29562-30
Clark, Quinn, Moses, Scott & Grahn, LLP
320 N. Meridian Street, Suite 1100
Indianapolis, IN 46204
Telephone: (317) 637-1321
Fax: (317) 687-2344
tcohron@clarkquinnlaw.com
*Attorney for Plaintiff*

/s/ *Nicholas H. Wooten*
Nicholas H. Wooten, No. ASB-1870-o77n
NICK WOOTEN, LLC
5125 Burnt Pine Drive
Conway, AR 72034
Telephone: (833)-937-6389
nick@nickwooten.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Ernest P. Wagner
MAURICE WUTSCHER LLP
ewagner@mauricewutscher.com
Counsel for SN Servicing Corporation and US Bank Trust National Association

                                              */s/ Travis W. Cohron*
                                              Travis W. Cohron, No. 29562-30

Clark, Quinn, Moses, Scott & Grahn, LLP
320 N. Meridian Street, Suite 1100
Indianapolis, IN 46204